NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1222
(Interference No. 105,602)

JONES J. ROBERTSON and ROBERT M. CURRIE,

Appellants,

v.

JOS TIMMERMANS and JEAN C. RAYMOND,

Appellees.

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

ON MOTION

## O R D E R

David H. Voorhees moves for leave to withdraw as counsel.

The court notes that Voorhees did not enter an appearance in this case and thus it is unnecessary for counsel to move for leave to withdraw. The court was serving Voorhees with documents in the case until counsel entered an appearance. Other attorneys have recently entered appearances on behalf of the appellants.

Accordingly,

IT IS ORDERED THAT:

The motion is denied as unnecessary.

FOR THE COURT

JUN - 4 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Christian J. Garascia, Esq.
       Alton W. Payne, Esq.
       David H. Voorhees, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 04 2009

JAN HORBALY
CLERK